UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LEROY BURTON, :
:
              Plaintiff, :
: 21 Civ. 6928 (JPC)
   -v- :
: ORDER
CITY OF NEW YORK *et al.*, :
:
             Defendants. :
:
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendants shall file a status letter by August 5, 2022 indicating whether Plaintiff has complied with the Court's prior Order directing him to provide Defendants with answers to certain identification interrogatories, Dkt. 21, and if not, whether they seek dismissal of this action on the basis of Plaintiff's failure to prosecute. *See* Fed R. Civ. P. 41(b); *see also, e.g., Mackensworth v. S.S. Am. Merch.*, 28 F.3d 246, 253 (2d Cir. 1994) ("Dismissal of a claim may . . . be an appropriate sanction for failure to prosecute a claim or failure to comply with discovery orders."). The Clerk of Court is respectfully directed to mail this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: July 25, 2022
      New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge