```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LEROY BURTON,                                                    :
                                                                 :
                              Plaintiff,                         :
              -v-                                                :       21 Civ. 6928 (JPC)
                                                                 :
CITY OF NEW YORK et al.,                                         :       ORDER
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 8, 2022, Defendants filed a letter updating the Court on the status of this case. Dkt. 24.  In that letter, Defendants informed the Court that Plaintiff had mailed ACC Rachel Seligman Weiss, one of the attorneys for Defendants, an undated, handwritten letter, which the New York City Law Department received on or about June 13, 2022.  *Id.* at 1.  According to Defendants, although Plaintiff's letter purported to respond to Defendants' identification interrogatories, the letter "was wholly deficient in that it failed to provide specific responses to any of the identification interrogatories."  *Id.*  Defendants are directed to submit for the Court's review a copy of that letter so that the Court may evaluate the adequacy of Plaintiff's responses.  In the event Defendants believe that letter should not be filed publicly, they may submit it to the Court *in camera* for the Court to determine whether it should be publicly filed.

The Clerk of the Court is respectively directed to mail this Order to the *pro se* Plaintiff. Defendants also shall notify the Court in the event they have any other addresses for Plaintiff aside from the address listed on the docket.

SO ORDERED.

Dated: August 18, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge