UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LEROY BURTON,                                              :
:
                        Plaintiff,                           :
:     21 Civ. 6928 (JPC)
       -v-                                                        :
:     <u>ORDER</u>
:
CITY OF NEW YORK *et al.*,                                 :
:
                        Defendants.                         :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the status report submitted by Defendant City of New York (the "City") on August 8, 2022, Dkt. 24, as well as of a copy of the undated letter from Plaintiff that was received by the New York City Law Department on or around June 13, 2022, and that has been submitted to the Court *in camera*. *See* Dkt. 27.  The parties are hereby ORDERED to appear by telephone before the undersigned for a status conference on September 28, 2022, at 11:30 a.m., to discuss the identification of the John Doe Defendants in this case.  Because Plaintiff remains incarcerated in state prison, the City is additionally ORDERED to arrange for his participation, by telephone, at the conference.  At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: September 1, 2022
       New York, New York
                                                JOHN P. CRONAN
                                               United States District Judge