UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Leroy Burton,

                  Plaintiff,

-against-

City of New York, C.O. John Doe #1, C.O. John Doe #2, C.O. John Doe #3,

                  Defendants.

1:21-cv-06928 (JPC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference previously scheduled on Monday, September 11, 2023, at 11:00 a.m. EST is adjourned until Tuesday, September 19, 2023, at 11:00 a.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
           September 8, 2023

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge