USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                Plaintiff,

-against-

City of New York, C.O. John Doe #1, C.O. John Doe #2, C.O. John Doe #3,

                Defendants.

1:21-cv-06928 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. The Motion to Unseal (ECF No. 56) filed by the City of New York (the "City") is GRANTED IN PART and DENIED IN PART. The Court will separately enter an Unsealing Order.

2. No later than Monday, October 2, 2023, the City shall produce the logbook entries and Intake Unit documents identified by Plaintiff's counsel during today's conference. If the City fails to timely produce the foregoing documents, Plaintiff's counsel may take a Rule 30(b)(6) deposition with respect to the search conducted for such documents and what happened to the documents.

**SO ORDERED.**

Dated:       New York, New York
                September 19, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**