```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LEROY BURTON,

                              Plaintiff,           **UNSEALING ORDER**

      -against-

CITY OF NEW YORK, C.O. JOHN DOE #1, C.O.
JOHN DOES #2, C.O. JOHN DOE #3,           21 Civ. 6928 (JPC) (SDA)

                           Defendants.

------------------------------------------------------------------------ x

      **WHEREAS**, Plaintiff commenced this action by filing a complaint on or about August 16, 2021 in the United Stated District Court for the Southern District of New York; and

      **WHEREAS**, the Court Ordered expedited, early discovery for the limited purpose of discerning the identities of the "John Doe" defendants; and

      **WHEREAS**, Plaintiff has served discovery demands pursuant to Fed. R. Civ. P. 33 and 34 which, *inter alia*, request disclosure of video recordings from the George R. Vierno Center on December 6, 2019; and

      **WHEREAS**, upon information and belief, such video recordings portray the faces of non-parties, including inmates whose arrest records and subsequent incarceration may be sealed pursuant to New York Criminal Procedure Law § 160.50.

      **NOW, THEREFORE, IT IS HEREBY ORDERED** that the video recordings from the George R. Vierno Center on December 6, 2019, are unsealed pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55 and may be made available for use in this civil action; and

      **IT IS FURTHER ORDERED** that the video recordings from the George R. Vierno Center on December 6, 2019 shall be deemed confidential and used only for the purposes of prosecuting and defending Plaintiff's claims in this civil suit; and

      **IT IS FURTHER ORDERED** that, if Plaintiff objects to the designation of this video as "Confidential," Plaintiff shall state such objection in writing to Defendant, and the parties shall endeavor in good faith to resolve such an objection. If such an objection cannot be resolved within fourteen (14) days of Plaintiff's notification to Defendant of his objection, then, Plaintiff shall seek judicial intervention. The video shall remain confidential until the parties resolve the objection or there is a resolution of the designation by the Court.

2

SO ORDERED:

_____
HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2023