UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                Plaintiff,

-against-

City of New York, C.O. John Doe #1, C.O. John Doe #2, C.O. John Doe #3,

                Defendants.

1:21-cv-06928 (JPC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/25/2023

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

On Tuesday, October 31, 2023, the parties shall file a joint letter regarding the status of the case.

**SO ORDERED.**

Dated:    New York, New York
           September 25, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**