UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                 Plaintiff,

-against-

City of New York, C.O. John Doe #1, C.O. John Doe #2, C.O. John Doe #3,

                 Defendants.

1:21-cv-06928 (JPC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2023

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    The parties are directed to appear for a telephone conference on Tuesday, November 7, 2023, at 11:30 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
           November 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge