UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                      Plaintiff,

-against-

City of New York, C.O. John Doe #1, C.O. John Doe #2, C.O. John Doe #3,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2023

1:21-cv-06928 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Following a telephone conference and for the reasons set forth on the record, it is hereby ORDERED as follows:

1. No later than Friday, November 17, 2023, Defendant shall file a letter to the ECF docket identifying, if possible, the single remaining unidentified John Doe Defendant. If Defendant cannot identify the John Doe Defendant, then Defendant shall file a letter no later than November 17, 2023, identifying a 30(b)(6) designee and providing at least three available dates prior to Thursday, November 30, 2023, for that designee's deposition.

2. No later than Friday, December 15, 2023, Plaintiff shall file an Amended Complaint.

SO ORDERED.

Dated:    New York, New York
           November 7, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**