```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                    Plaintiff,

-against-

City of New York, C.O. John Doe #1, C.O. John Doe #2, C.O. John Doe #3,

                    Defendants.

1:21-cv-06928 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    No later than Wednesday, November 22, 2023, at 5 p.m. EST, Defendant shall comply with the Court's November 7, 2023 Order (*see* ECF No. 70) or sanctions may be imposed.

**SO ORDERED.**

Dated:    New York, New York
          November 21, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**