UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:21-cv-06928 (JPC) (SDA)

**ORDER OF SERVICE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

By Order dated October 19, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 4.) On December 15, 2023, Plaintiff filed an Amended Complaint.[1] (Am. Compl., ECF No. 75.)

**I.    Service On Defendants Oberlin, Kerrison, Litroff And Toussaint**

To allow Plaintiff to effect service on Defendants Oberlin, Kerrison, Litroff and Toussaint through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for:

1. Darrell Oberlin, MD
   c/o Gwendolyn Renee Tarver
   49-04 19th Avenue
   Astoria, New York 11105

2. David Kerrison, MD
   c/o Gwendolyn Renee Tarver
   49-04 19th Avenue
   Astoria, New York 11105

3. Adam Litroff, MD

---

[1] Pro bono counsel appeared on behalf of Plaintiff for the limited purpose of discovery, including discovery as to the identities of the John Doe Defendants, and the drafting and filing of an amended complaint. (*See* Notice of Limited Appearance of Pro Bono Counsel, ECF Nos. 45 & 46.)

      c/o Gwendolyn Renee Tarver
      49-04 19th Avenue
      Astoria, New York 11105

4. Anook Toussaint, PA
      c/o Gwendolyn Renee Tarver
      49-04 19th Avenue
      Astoria, New York 11105

The Clerk of Court shall deliver to the Marshals Service all of the necessary paperwork—including the summonses previously issued (*see* ECF Nos. 98-101) and the Amended Complaint (ECF No. 75)—for the Marshals Service to effect service of the entire pleading upon these defendants.

## II. **Waiver Of Service**

The Clerk of Court is directed to notify the Department of Correction and the New York City Law Department of this Order. The Court requests that the following Defendants waive service of summons:

- CO Ricardo Maldonado (Shield #3538)
- CO Brian Mayo (Shield #14202)
- CO Richard Purnhagen III (Shield #12594)
- CO Hal Scholnick (Shield #13295)
- Captain Oladapo Ologun (Shield #1333)
- Captain Amanda Simpson (Shield #1070)
- CO Roger Berrios (Shield #7475)
- CO Freddie Larry (Shield #17736)

- Captain Paul Moodie (Shield #593)

**SO ORDERED.**

Dated:    New York, New York
          December 19, 2023

_____
**STEWART D. AARON**
**United States Magistrate Judge**