USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leroy Burton,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:21-cv-06928 (JPC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

It is hereby Ordered that, no later than Wednesday, January 10, 2024, counsel for defendant City of New York shall provide to the Court the address where defendant Captain Oladapo Ologun (Shield #1333) can be served.

**SO ORDERED.**

Dated:    New York, New York
            December 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge