**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024
```

Leroy Burton,

                                    Plaintiff,

                    -against-

City of New York et al.,

                                    Defendants.

1:21-cv-06928 (JPC) (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

It is hereby Ordered that the deadline for the City of New York and the nine individual defendants who have waived service (*see* Waivers, ECF Nos. 103 & 108) to respond to the Amended Complaint is extended until March 27, 2024. (*See* Motion, ECF No. 113.) Given the number of individual defendants for which the Law Department must make representation decisions, and the fact that four other defendants in this action have yet to be served (*see* 12/19/2023 Order of Service, ECF No. 102 (ordering service on Defendants Oberlin, Kerrison, Litroff and Toussain through the U.S. Marshals Service)), the Court finds that the extension is appropriate.

**SO ORDERED.**

Dated:      New York, New York
            February 28, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**